# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00120-LTB-01 |
| | USM Number:  31797-013 |
| WILLIAM ROBERT MILLER | Virginia L. Grady, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 11/17/09 |
| 2 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 11/23/09 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                                                              June 14, 2010
                                                                                         Date of Imposition of Judgment

                                                                                        s/Lewis T. Babcock
                                                                                              Signature of Judge

                                                Lewis T. Babcock, Senior U.S. District Judge
                                                                                  Name & Title of Judge

                                                                                                 June 16, 2010
                                                                                                            Date

DEFENDANT: WILLIAM ROBERT MILLER  
CASE NUMBER: 03-cr-00120-LTB-01                                       Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow Instructions of the Probation Officer | 11/19/09 |
| 4 | Failure to Notify Probation Officer of a Change in Address | 11/19/09 |
| 5 | Violation of the Law | 06/27/09 |
| 6 | Violation of the Law | 10/27/09 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months to run consecutive to the term of imprisonment defendant is now serving in Criminal Case No. 2009-CR-4407, El Paso County District Court, State of Colorado. No term of supervised release shall follow.

The Court recommends that the Bureau of Prisons credit defendant with 70 days time spent in official detention prior to sentencing..

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal